DOA: 9.30.24

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jorge Gabriel AMBRIZ<br><br>Defendant. | Case No. 24MJ8865-LR<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about September 30, 2024, within the Southern District of California, defendant Jorge Gabriel AMBRIZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, Juvenal Ramiro ESCOBEDO-Gutierrez had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
JOSEPH MARES
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of October 2024.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge Gabriel AMBRIZ

**STATEMENT OF FACTS**

This complaint is based upon statements in the investigative report by Border Patrol Agent-Intelligence (BPA-I) L. Heipt that on September 30, 2024, Jorge Gabriel AMBRIZ (AMBRIZ) a United States citizen, was arrested near Calexico, California while transporting one undocumented alien in violation of Title 8, United States Code, Section 1324.

On September 30, 2024, Border Patrol Agents - Intelligence assigned to the El Centro Sector Intelligence Anti-Smuggling Unit Group#2 (ASU) were conducting surveillance in Calexico, California. The ASU wears plain clothes and drives unmarked Service vehicles to blend in with the general public. ASU conducts surveillance and investigations on known smugglers and smuggling transportation cells operating in the Imperial Valley.

On this date, at approximately 9:40 p.m., Border Patrol Agent-Intelligence H. Torres observed multiple individuals approach the United States/Mexico International Boundary Fence (IBF) from the Mexico side south of 1st Street near Heber Avenue. BPA-I H. Torres watched as some of the individuals crouched down near the bottom of the IBF while two of the individuals set ladders up against the fence.

3

At approximately 9:45 p.m., BPA-I H. Torres, who was positioned south of 1st Street, watched as a male, later identified as Juvenal Ramiro ESCOBEDO-Gutierrez (ESCOBEDO) climbed to the top of the IBF from the Mexico side and scaled down the IBF into the United States. ESCOBEDO, who was wearing a long blue sleeve shirt and a white hat, quickly ran away from the IBF across 1st Street and continued running north on Heffernan Avenue towards 2nd Street. As ESCOBEDO reached 2nd Street, both Supervisory Border Patrol Agent (SBPA) A. Mills and BPA-I L. Heipt observed ESCOBEDO briefly run eastbound before hiding in the doorway of a residence in 2nd Street, Calexico, California.

As ESCOBEDO entered the doorway, ASU Agents positioned themselves in the area in anticipation that ESCOBEDO would emerge from hiding and be greeted by a foot guide or be telephonically guided to a foot guide who was in the area. After approximately 15 minutes, BPA-I L. Heipt watched as ESCOBEDO walked out of the doorway and continued walking northbound on Heffernan Avenue. It should be noted that ESCOBEDO was now wearing a dark colored t-shirt and no hat. As ESCOBEDO began walking westbound on 3rd Street, BPA-I J. Bourque initiated mobile surveillance on ESCOBEDO while BPA-I L. Heipt walked to the doorway and retrieved ESCOBEDO's long blue sleeve shirt and white hat.

While following ESCOBEDO, ASU Agents observed him nervously looking over his shoulder and looking up at street signs while on the phone. ASU Agents kept constant visual on ESCOBEDO as he walked westbound on 3rd Street, entered the Fillco Gas

Station parking lot, walked towards the alley on the east side of the Fillco Gas Station, and climb on top of a metal Conex box. ASU Agents observed that ESCOBEDO was on his cell phone and acting in manner as if he was being instructed on exactly where to walk and what to do. After ESCOBEDO laid down on top of the Conex box, ASU agents again strategically parked their unmarked Service vehicles in and around the area in anticipation that ESCOBEDO would be contacted by a foot guide.

While observing the northside of the alley, BPA-I H. Torres observed Jorge Gabriel AMBRIZ (AMBRIZ) walk into the Pep Boys parking lot, which is located north of the alley where ESCOBEDO was hiding. AMBRIZ is a known alien smuggler and foot guide that has been apprehended by ASU Agents on two previous occasions. BPA-I H. Torres watched as AMBRIZ nervously walked by and looked inside the vehicles in the immediate area, as if he was making sure no one was in the vehicles watching him. After looking in vehicles, BPA-I H. Torres watched as AMBRIZ continued looking southbound while standing on the north side of 4th Street.

While AMBRIZ stood on the northeast corner of 4th Street and Imperial Avenue, BPA-I J. Bourque observed ESCOBEDO walk out of the alley from behind Church's Chicken towards Imperial Avenue. Once at Imperial Avenue, ESCOBEDO walked across 4th Street towards AMBRIZ, who appeared to be waiting for him. As ESCOBEDO approached AMBRIZ on the northside of 4th Street, ASU Agents observed both AMBRIZ and ESCOBEDO begin conversing and immediately continue walking northbound on Imperial Avenue together.

5

ASU Agents continued to watch AMBRIZ and ESCOBEDO as they walked next to each other while conversing. ASU Agents kept constant visual on AMBRIZ and ESCOBEDO as they walked to the yard of a residence in Giles Avenue. ASU Agents know from prior surveillance and investigations that this residence is where AMBRIZ resides.

ASU Agents approached AMBRIZ and ESCOBEDO, who were both sitting outside, with Border Patrol markings and insignia fully visible. BPA-I L. Heipt approached AMBRIZ, who is a United States citizen, identified himself as a Border Patrol Agent and questioned AMBRIZ as to his involvement in alien smuggling. SBPA A. Mills identified himself as a Border Patrol Agent to ESCOBEDO and questioned ESCOBEDO as to his citizenship. ESCOBEDO freely admitted that he was a citizen of Mexico in the United States illegally. ESCOBEDO admitted that he made the illegal entry by climbing the border fence in an area other than through a designated Port of Entry.

At approximately 10:38 p.m., AMBRIZ was placed under arrest for 8 USC 1324 Alien Smuggling and ESCOBEDO was placed under arrest for 8 USC 1325 Illegal Entry. AMBRIZ and ESCOBEDO were transported to the Calexico Border Patrol Station where their biographical data was entered and recorded.

During a post-Miranda interview, principal AMBRIZ stated that he is a United States citizen, born in Los Angeles, California. AMBRIZ stated that he lives in Giles Avenue in Calexico. AMBRIZ stated that he was arrested for drugs before at the port of entry and that he is on probation for three years. AMBRIZ stated that he was arrested one time for alien smuggling. AMBRIZ acknowledged that he was arrested for alien smuggling today.

AMBRIZ stated that today someone he does not know very well called him and instructed him to get an illegal alien at the 7 Eleven. AMBRIZ stated he walked with the illegal alien to his house in Giles Avenue. AMBRIZ stated he knows alien smuggling is illegal. AMBRIZ stated he did not know how much he was going to be paid for getting the illegal alien because they change the amount from $100.00 to $200.00. AMBRIZ stated that some else was going to pick up the illegal alien later.

AMBRIZ stated he has not worked for three or four months and that he owes child support for two children. AMBRIZ stated that he was desperate. AMBRIZ stated he was not going to take the illegal alien into the house because his mother was there.

During a post-Miranda interview, Material witness ESCOBEDO stated he was born in Mexicali, Mexico, and currently resides in Mexicali. ESCOBEDO stated he is a citizen of Mexico. ESCOBEDO stated that he does not have any legal documents allowing him to live, work or remain in the United States legally. ESCOBEDO stated he made arrangements with an "Unknown Smuggler" and agreed to pay around $8,000 United States dollars to be illegally smuggled to Los Angeles, California. ESCOBEDO stated he climbed over the border fence and got confused a little on where to go. ESCOBEDO stated he met a male at Pep Boys and walked with him for a few blocks until he got to a house. ESCOBEDO stated he was on the outside patio of the house and then was arrested.

The complainant states the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Juvenal Ramiro ESCOBEDO-Gutierrez | Mexico |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.